# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Robert J. Keach

**CC:** Stacey L. Drentlaw
Paul J. Hemming
Kay Nord Hunt
Michelle Kristine Kuhl
Paul McDonald
Adam R. Prescott
Mark F. Rosenberg
Brendan Edward Ryan
Leslie M. Smith
Joseph A. Wetch Jr.
John Alden Woodcock III
Lindsay K. Zahradka

**FROM:** Diane N. Sturgeon

**DATE:** May 01, 2024

**RE:** 24-1109  Joe Whatley, Jr. v. Canadian Pacific Railway Co., et al
24-1477  Joe Whatley, Jr. v. Canadian Pacific Railroad Co., et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**Your certificate of service is due 5 days from the date of this notice.**

__X____ Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief. See FRAP 25(d).